# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00856-CR

### Curtis Strahan, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 77106, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Curtis Strahan seeks to appeal from a judgment adjudicating guilt for the offense of assault of a public servant. *See* Tex. Penal Code § 22.01. The trial court's original certification in the record stated that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring that trial court enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order" ). Because the record did not support this certification, we abated the appeal and instructed the trial court to prepare and file in this Court an amended certification that accurately reflects Strahan's right of appeal. *See Dears v. State*, 154 S.W.3d 610, 614 (Tex. Crim. App. 2005).

The trial court has now filed a supplemental clerk's record containing an amended certification stating that defendant has waived the right of appeal. This certification is supported by the record, which contains a document signed by Strahan stating that he confesses to violating the terms of his community supervisions and that he "waives any right to a motion for new trial

and appeal." Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed: May 1, 2020

Do Not Publish